JOSEPH P. RUSSONIELLO (CSBN.44332)
United States Attorney
THOMAS MOORE (ASBN. 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7017

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHEN A. SANKOWICH,<br><br>    Defendant. | Case No. C-10-0118-PJH<br><br>STIPULATION TO DISMISS<br>AND [proposed] ORDER THEREON |

It is hereby stipulated by and between Plaintiff and Defendant, through their undersigned counsel, that this matter be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

_____
STEVEN M. KATZ
SIDEMAN & BANCROFT
Attorneys for Defendant,
   Stephen A. Sankowich

JOSEPH P. RUSSONIELLO
United States Attorney

_____
THOMAS MOORE
Assistant United States Attorney
Tax Division
Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 25, 2010

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton